≊AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NATALIE GORDON, et al.,

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

HARRAH'S ENTERTAINMENT, INC., et al.,

Case Number: 2:06-cv-01356-PMP-LRL

    Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that action is DISMISSED without prejudice.

| | |
|---|---|
| June 26, 2007 | LANCE S. WILSON |
| Date | Clerk |
| | /s/ Michael J. Zadina |
| | (By) Deputy Clerk |

